Submitted on record and briefs January 19, convictions vacated; remanded with
instructions March 22, 1995

# STATE OF OREGON,
*Respondent,*

*v.*

# RICK DAVID RICKARDS,
*Appellant.*

(C93-08-35417; CA A83603)

891 P2d 1383

Sally L. Avera, Public Defender, and Jesse Wm. Barton, Deputy Public Defender, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Riggs and Landau, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals convictions for attempted first degree assault and conspiracy to commit first degree assault. His only assignment is that the court erred as a matter of law by failing to merge the two convictions into a single conviction under ORS 161.485(2). The state agrees that the court erred. We accept that concession.[1]

Convictions vacated; remanded with instructions to enter single conviction and for resentencing.

---

[1] The parties debate which one of the convictions should survive after the trial court merges them. That is a decision to be made in the first instance by the trial court.